UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80739-CIV-MIDDLEBROOKS/BRANNON

DWIGHT REED,

       Plaintiff,

v.

CDR ATLANTIC PLAZA, LTD

       Defendant.
_____/

## NOTICE OF SETTLEMENT[1]

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

       s/Drew M. Levitt
       DREW M. LEVITT
       DML2@bellsouth.net
       Florida Bar No. 782246
       LEE D. SARKIN, ESQ.
       Lsarkin@aol.com
       Florida Bar No. 962848
       4700 N.W. Boca Raton Blvd., Suite 302
       Boca Raton, Florida 33431
       Telephone (561) 994-6922
       Facsimile  (561) 994-0837
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016 I served the foregoing document on all counsel of record and pro se parties identified on the Service List via CM/ECF.

       s/Drew M. Levitt
       DREW M. LEVITT

---

[1] There is a Telephonic Scheduling Conference scheduled for tomorrow, July 6, 2016, at 2:30 p.m. (DE 10).

## SERVICE LIST

William J. Cornwell, Esq.
wjc@whcfla.com
Weiss, Handler & Cromwell, P.A.
One Boca Placa, Suite 218-A
2255 Glades Plaza
Boca Raton, Florida
Telephone (561) 997-9995
Facsimile  (561) 997-5280
Attorneys for Defendant