IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80739-MIDDLEBROOKS

DWIGHT REED,

    Plaintiff,

v.

CDR ATLANTIC PLAZA, LTD.,

    Defendant.

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal WIth Prejudice. (DE 16). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 8 day of July, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record